IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARVIN REEVES**  **PLAINTIFF**
**ADC #119838**

V.　　　　　　　　　　NO. 4:25-cv-00656-LPR-ERE

**MUSCLEWHITE,** *et al.*　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.　Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Reeves' claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.　Discussion:**

On June 30, 2025, *pro se* plaintiff Marvin Reeves, an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit under 42 U.S.C. § 1983. *Doc. 2*. With his initial filing, although Mr. Reeves provided a completed application for leave to proceed in forma pauperis (IFP), the IFP application was dated December

4, 2024, more than six months before filing this lawsuit. *Doc. 1*. Federal law requires that an inmate seeking to proceed IFP must submit a jail account information sheet containing his/her jail account information for the six-month period immediately preceding the filing of a complaint. See 28 U.S.C. § 1915(a)(2). As a result, on July 1, 2025, I denied Mr. Reeves' motion for leave to proceed IFP and directed the Clerk of Court to send Mr. Reeves a new IFP application. *Doc. 4*. I ordered him to, within 30 days, either: (1) return a completed IFP application; or (2) pay the $405.00 filing fee. *Id*. I specifically warned Mr. Reeves that his failure to comply with my July 1, 2025 Order would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Reeves has not submitted an updated, completed IFP form or paid the filing fee, and the time to do so has passed.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Reeves' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 1, 2025 Order; (2) submit an updated, completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 7 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE