# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARVIN REEVES**  **PLAINTIFF**
**ADC #119838**

v.                    Case No: 4:25-cv-00656-LPR

**MUSCLEWHITE, et al.**                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 5) and the Plaintiff's Objections (Doc. 6). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

In his Objections, Plaintiff explains that he did not timely receive Judge Ervin's Initial Order informing him that his IFP Application was out of date and directing him to file an updated motion.[1] Plaintiff requests that the Court accept his newly-submitted IFP Application (Doc. 7) and proceed with his case. But this second IFP Application is only a photocopy of the outdated one that Judge Ervin properly rejected. Therefore, Plaintiff still has not complied with Judge Ervin's Initial Order, and this case should be dismissed for failure to prosecute.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to prosecute. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Doc. 6.

2

IT IS SO ORDERED this 7th day of January 2026.

                                                             _____
                                                             LEE P. RUDOFSKY
                                                             UNITED STATES DISTRICT JUDGE